IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01269–PAB–KMT

ROBERT CASS,

      Petitioner,

v.

WARDEN MYLARID–STERLING CORRECTIONAL FACILIYT, and
The Attorney General of the State of Colorado, JOHN SUTHERS,

      Respondents.

**ORDER**

      This matter is before the court *sua sponte*.

      IT IS HEREBY **ORDERED** that on or before **March 1, 2010**, the Clerk of the Mesa County District Court shall provide to this court the original written record, including transcripts, of Mesa County criminal case nos. 99cr811 and 99CR1278, *People v. Cass*.

      IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Mesa County District Court by regular mail to Mesa County Justice Center, P.O. Box 20000-5030, Grand Junction, Colorado 81502.

      Dated this 19th day of January, 2010.

                                      **BY THE COURT:**

                                      Kathleen M. Tafoya
                                      United States Magistrate Judge