FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 6 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip A. Brimmer

Civil Action No. 08-cv-01269-PAB

ROBERT CASS,

    Applicant,

v.

WARDEN MYLARID-ST, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED June 5, 2012.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01269 PAB

Mesa County Court
Mesa County Justice Center
125 N. Spruce
Grand Junction, CO 81505

Robert Cass
# 67730
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Paul Edward Koehler - Colorado Attorney General's Office -Department of Law
**DELIVERED ELECTRONICALLY**


   I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  6/6/2012  .


                              GREGORY C. LANGHAM, CLERK


                              By: s/ D. Berardi
                                    Deputy Clerk