FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 06 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip A. Brimmer

Civil Action No. 08-cv-01269-PAB

ROBERT CASS,

      Applicant,

v.

WARDEN MYLARID-ST, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED June 5, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01269 PAB

Mesa County Court
Mesa County Justice Center
125 N. Spruce
Grand Junction, CO 81505

Robert Cass
# 67730
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Paul Edward Koehler - Colorado Attorney General's Office -Department of Law
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   6/6/2012   .


                                    GREGORY C. LANGHAM, CLERK


                                    By: s/ D. Berardi
                                            Deputy Clerk